UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

KYLE CORRIGAN,

          Plaintiff,

v.                                          CASE NO. 25-CV-483-jdp

WADE WUDTKE,
VILLAGE OF ASHWAUBENON,

          Defendants.

## STIPULATION

**WHEREAS**, Plaintiff, Kyle Corrigan, has filed a complaint in the United State District Court for the Western District of Wisconsin.

**WHEREAS**, Defendants, Wade Wudtke and the Village of Ashwaubenon, filed a motion to dismiss based on improper venue pursuant to Federal Rule of Civil Procedure 12(b)(3). And

**WHEREAS**, the parties agree for the convenience of the parties and witnesses, and in the interest of justice that this case should be transferred to the United States District Court for the Eastern District of Wisconsin.

**NOW THEREFORE**, the parties expressly agree as follows:

1. The parties jointly stipulate and request that this Court enter an order transferring the above titled action to the United States District Court for the Eastern District of Wisconsin, Green Bay Division.

2. That the defendants, hereby withdraw their Motion to Dismiss for Improper Venue, reserving their rights to file further pleadings and/or motions.

1

3. That this Court enter an order granting the defendants fourteen (14) days to file a responsive pleading or motion pursuant to the federal rules of civil procedure in response to Plaintiff's Complaint.

Dated this 12th day of September, 2025.

By: /s/ Kyle Corrigan

Kyle Corrigan

Plaintiff, Pro Se

Dated this 12th day of September, 2025.

    Town Counsel Law & Litigation, LLC
    *Attorneys for Defendants Wade Wudtke*
    *Village of Ashwaubenon*

    By:     s/ Tyler D. Pluff
           Tyler D. Pluff, WI Bar No: 1114503
           Ashley C. Lehocky, WI Bar No: 1090795
           940 Evergreen Drive
           Kaukauna, WI 54913
           Telephone: (920) 725-1233
           Facsimile: (920) 202-3116
           E-mail: TPluff@towncounsellaw.com
                     ALehocky@towncounsellaw.com